In the Matter of the Claim of JOHN MURPHY, Respondent, against FRANCOURT BUILDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CATHERINE CLEARY, Respondent, against UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of FRANCES LIPSCHITZ, Respondent, against HOTEL CHARLES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of WILLIAM RENOUF, Respondent, against WILLIAM DARRONE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TEXAS COMPANY, Appellant, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission of the State of New York, Respondents.*— Determination confirmed, with fifty dollars costs and disbursements. Hinman, Whitmyer and Hasbrouck, JJ., concur; Davis and Hill, JJ., dissent.

JAMES TIFFANY DANN, an Infant, by GEORGE L. DANN, His Guardian ad Litem, Appellant, v. THE HEBREW HOSPITAL ASSOCIATION OF SULLIVAN COUNTY, a Membership Corporation, Respondent. GEORGE I. DANN, Appellant, v. THE HEBREW HOSPITAL ASSOCIATION OF SULLIVAN COUNTY, a Membership Corporation, Respondent.— Judgments unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTISS SECURITIES COMPANY, Now CURTISS SOUTHWESTERN CORPORATION, Appellant, v. M. FRANK LOUGHMAN and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

DOROTHY DUBBERKE, Respondent, v. EARL F. KUNKER and CLARK HALLIDAY, Appellants. MABEL E. SCHLEGAL, Respondent, v. EARL F. KUNKER and CLARK HALLIDAY, Appellants.— Motion denied, with ten dollars costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOSEPH I. KIRSCH, Respondent, v. ABRAHAM GERTMAN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

* Revd., 252 N. Y. 19.